USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: JUN 1 4 2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - v -

JOSE BARRAZA PAYAN,
   a/k/a "Alfredo P. Cabada,"

                               Defendant.

- - - - - - - - - - - - - - - - - - - - X

**INDICTMENT**

18 Cr. _____

18 CRIM 422

JUDGE FAILLA

**COUNT ONE**
(Illegal Reentry)

The Grand Jury charges:

From at least on or about June 6, 2017, in the Southern District of New York and elsewhere, JOSE BARRAZA PAYAN, a/k/a "Alfredo P. Cabada," the defendant, being an alien, after having been removed from the United States, unlawfully did enter and was found in the United States, subsequent to convictions for the commission of a felony, without having obtained the express consent of the Attorney General of the United States or his successor, the

Secretary for the Department of Homeland Security, to reapply for admission.

(Title 8, United States Code, Sections 1326(a) & (b)(1).)

_____
FOREPERSON

_____
GEOFFREY S. BERMAN
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

JOSE BARRAZA PAYAN,
a/k/a "Alfredo P. Cabada,"

Defendant.

## INDICTMENT

18 Cr.

(8 U.S.C. §§ 1326(a) and (b)(1).)

GEOFFREY S. BERMAN
United States Attorney

A TRUE BILL

_____
Foreperson

6/14/18   Filed Indictment   USMJ Gorenstein
Case assigned to Judge Failla