UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>JOSE BARRAZA PAYAN,<br><br>                              Defendant. | 18 Cr. 422 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The Court is in receipt of Defendant Jose Barraza Payan's motion for compassionate release pursuant to 18 U.S.C. § 3852(c)(1)(A)(i).  (Dkt. #22).  The Government is hereby ORDERED to file a response to Mr. Barraza Payan's motion on or before **August 15, 2022**.

SO ORDERED.

Dated:   July 14, 2022
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge